| | |
|---|---|
| Case No. CV 17-5578-MWF (ASx) | Date: January 4, 2018 |
| Title: | Angel Fernandez v. El Charro Tortilleria and Carnitas Inc. |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk:<br>Rita Sanchez | Court Reporter:<br>Not Reported |
|---|---|
| Attorneys Present for Plaintiff:<br>None Present | Attorneys Present for Defendant:<br>None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

On July 27, 2017, Plaintiff filed a Complaint against Defendant. (Docket No. 1). On November 14, 2017, the Clerk entered Defendant's default pursuant to Federal Rule of Civil Procedure 55(a). (Docket No. 13). On November 21, 2017, the Court set a hearing for Order to Show Cause Re Default Judgment ("OSC") for December 18, 2017, directing that the OSC would be discharged if Plaintiff filed a motion for default judgment in advance of the OSC hearing. (Docket No. 14). Plaintiff's counsel failed to file a motion for default judgment or appear at the December 18 OSC hearing, and the Court continued the OSC hearing to December 27, 2017, warning Plaintiff that the case would be dismissed if a motion for default judgment were not filed by December 27. (Docket No. 16). That date has passed and Plaintiff has yet to file a motion for default judgment.

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 17-5578-MWF (ASx)                    Date:  January 4, 2018
Title:      Angel Fernandez v. El Charro Tortilleria and Carnitas Inc.

disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution and failure to comply with the Court's OSC is warranted.  Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.